JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD LEPE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SWIFT BEEF COMPANY dba JBS CASE READY PLANT, a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 5:22-cv-1246-RGK-KK<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>[32] |

The Court has reviewed and considered the Joint Stipulation Requesting Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiff CONRAD LEPE ("Plaintiff") and Defendant SWIFT BEEF COMPANY ("Defendant") (collectively, the "Parties"). The Parties' Stipulation requesting dismissal of this entire action with prejudice as to Plaintiff's claims shall be and hereby is GRANTED. The case is hereby dismissed in its entirety with prejudice as to Plaintiff's claims against Defendant.

**IT IS SO ORDERED.**

DATE: 2/24/2023 _____

_[signature: Gary Klausner]_

HON. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

---

158522330.2

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE